MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: damali.taylor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-13-70438 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING WAIVER OF TIME UNDER RULE 5.1 AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOHNNY WONG, | |
| Defendant. | |

The parties last appeared before the Court in this matter on April 25, 2013 for detention hearing. Assistant United States Attorney Damali Taylor appeared on behalf of the United States. Paul Nathan, Esquire, appeared on behalf of the defendant, JOHNNY WONG, who was present and in custody. During the hearing, conditions of release were agreed upon by the parties and the preliminary hearing in this matter was set for May 29, 2013. The Honorable Nandor J. Vadas excluded time under both Rule 5.1 and the Speedy Trial Act.

The parties hereby request that the current date for preliminary hearing, May 29, 2013, be continued to Friday, July 5, 2013, due to scheduling conflicts, as well defense counsel's need to examine the discovery recently provided by the government and investigate the matter before formal charges are filed. Accordingly, pursuant to Federal Rule of Criminal Procedure 5.1, the

STIPULATION & [~~PROPOSED~~] ORDER
CR 3-13-70438

Court would be required to conduct a preliminary hearing on or before July 5, 2013, unless, *inter alia*, the defendant waives the preliminary hearing or is indicted.

      Defense counsel further requests that, in order to review the discovery and to conduct investigation necessary to effectively prepare defendant for either trial or resolution, that time be excluded under the Speedy Trial Act between May 29, 2013 and July 5, 2013, the newly stipulated preliminary hearing date. Defense counsel represented that additional time is necessary to review the evidence and investigate the case, and that it is in the best interests of the defendant to do so before formal charges are filed.

      The government has no objection to excluding time and the parties stipulate to an exclusion of time from May 29, 2013 to July 5, 2013. The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

DATED: May 15, 2013                  /s/
                                    DAMALI A. TAYLOR
                                    Assistant United States Attorney

DATED: May 15, 2013                  /s/
                                    PAUL NATHAN
                                    Counsel for the Defendant

[~~PROPOSED~~] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in this matter is re-set to July 5, 2013, at 9:30 a.m. The May 29, 2013 preliminary hearing date is vacated. The Court finds that good cause is shown for extending the time limits set forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time from May 29, 2013 through and including July 5, 2013, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice served by excluding the period from May 29, 2013 through and including July 5, 2013, outweigh the best interest of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: May 17, 2013

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

*Judge Nandor J. Vadas*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*